Tara J. Schleicher, OSB #954021
E-Mail: tara.schleicher@foster.com
FOSTER GARVEY PC
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PORTLAND MARCHE, LLC,** a California limited liability company, **CERES RICHLAND, LLC**, a California limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>**FANNIE MAE,** a federally chartered corporation,<br>    Defendant. | Case No. 3:21-cv-00569-IM<br><br>**RECEIVER'S REPORT FOR JUNE 2026** |

Trigild IVL, the court-appointed receiver, hereby submits this Receiver's Report for the month of June 2026, attached hereto, in accordance with the Order Appointing Receiver entered by this Court on June 20, 2024. The receiver anticipates filing a final report and filing a motion to terminate the receivership and discharge the receiver in August 2026.

DATED this 3rd day of August, 2026.

FOSTER GARVEY PC

By: */s/ Tara J. Schleicher*
  Tara J. Schleicher, OSB #954021
  Telephone:  (503) 228-3939
  Fax:  (503) 226-0259
  E-Mail:  Tara.Schleicher@foster.com

Page 1 – RECEIVER'S REPORT FOR JUNE 2026

**FOSTER GARVEY PC**
121 SW Morrison, 11th Floor
Portland, OR 97204
(503) 228-3939

# TRIGILD IVL

**Case No. 3:21-cv-00569-IM**

**PORTLAND MARCHE, LLC, a California limited liability company, CERES RICHLAND, LLC, a California limited liability**

**"Portland Marche"**

**1115 SW Market Street**
**Portland, OR 97201**



**RECEIVER REPORT**

*For the period*
**June 1, 2026 *through* June 30, 2026**

PORTLAND MARCHE, LLC, et al. – 1115 SW Market Street, Portland, OR 97201    Case No. 3:21-cv-00569-IM
June 2026 –Receiver Report

## TABLE OF CONTENTS

OVERVIEW OF PROPERTY

OPERATIONAL UPDATE AND FINANCIALS

      RECEIVER

      THE MANAGEMENT GROUP, INC.

**OVERVIEW OF PROPERTY**

On June 20, 2024, the United States District Court of Oregon, Portland Division, entered an Order Appointing Receiver, appointing the Receiver, Trigild IVL (the "Receiver") for the property located at 1115 SW Market Street, Portland, OR, 97201 (the "Property"). The Property consists of a 62-unit high-rise apartment building.

The Receiver engaged The Management Group, Inc. to lease and manage the property effective June 21, 2024.

*This Space Intentionally Left Blank*

PORTLAND MARCHE, LLC, et al. – 1115 SW Market Street, Portland, OR 97201                 Case No. 3:21-cv-00569-IM
June 2026 –Receiver Report

**TABLE OF CONTENTS**

**RECEIVER**

EXECUTIVE SUMMARY

## EXECUTIVE SUMMARY

### Monthly Distributions/Funding Requests

There were no distributions or funding requests during this period.

### Real Estate Tax Payment Status

Property taxes will be due to Multnomah County on November 15, 2026.

The Receiver was made aware on May 29, 2026, that property taxes had been paid by both the Receiver and the Servicer.  The Receiver applied for and received a refund for this overpayment this period.

### Real Estate Tax Appeal Status

There are no tax appeals in process.

### Sheriff's Sale/Foreclosure

The lender foreclosed on the asset on January 6, 2026.  Possession has been transferred to Fannie Mae's REO group.

The Receiver will send final distributions to the lender and close Receiver bank accounts in July 2026.

PORTLAND MARCHE, LLC, et al. – 1115 SW Market Street, Portland, OR 97201                    Case No. 3:21-cv-00569-IM
June 2026 –Receiver Report

# TABLE OF CONTENTS

## THE MANAGEMENT GROUP, INC. - FINANCIAL CONTENTS

BANK STATEMENTS



**BENCHMARK BANK**
5700 Legacy Drive
Suite 10
Plano, Texas 75024

PORTLAND MARCHE, LLC
8111 DOUGLAS AVE, SUITE 600
DALLAS TX 75225

| Account Number | |
| --- | --- |
| Statement Date | 06/01/26-06/30/26 |
| Page | 1 of 3 |
| Beginning Balance | $453,604.68 |
| Deposits/Credits | $201,930.08 |
| Checks/Debits | $3,908.00 |
| Ending Balance | $651,626.76 |
| Days in Statement Period | 30 |

## FAMILY BORN · FAMILY OWNED · FAMILY OPERATED
### SINCE 1964

## COMMERCIAL CKG

## DEPOSITS/OTHER CREDITS

| TRANSACTION DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 06/24/26 | Deposit | 201,930.08 |

## CHECK RECAP

| Check Number | Date | Amount |
| --- | --- | --- |
| 10001 | 06/02/2026 | 408.00 |

Checks listed in numerical order; (*) indicates gap in sequence

## WITHDRAWALS/OTHER DEBITS

| TRANSACTION DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 06/30/26 | IB Transfer Debit IVLRR 13419 Portland Marche | 3,500.00- |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 06/01/2026 | 453,604.68 | 06/24/2026 | 655,126.76 | | |
| 06/02/2026 | 453,196.68 | 06/30/2026 | 651,626.76 | | |

| Account Number | Statement Ending | Page |
|---|---|---|
| ▮▮▮▮▮ | 06/30/26 | 2 of 3 |

## OVERDRAFT AND RETURN ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| **TOTAL OVERDRAFT FEES** | 0.00 | 0.00 |
| **TOTAL RETURN ITEM FEES** | 0.00 | 0.00 |

**ERROR RESOLUTION NOTICE**

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for Visa® Check Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® Check Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Benchmark Bank
Operations
5700 Legacy Drive, Suite A10
Plano, Texas 75024
Business Days: Monday through Friday
Excluding Federal Holidays
Phone: (972)673-4000
MORE DETAILED INFORMATION IS AVAILABLE ON REQUEST

*Member FDIC*

| Account Number | Statement Ending | Page |
|---|---|---|
| ██████ | 06/30/26 | 3 of 3 |



06/24/2026    0    $201,930.08



06/02/2026    10001    $408.00



**BENCHMARK BANK**
5700 Legacy Drive
Suite 10
Plano, Texas 75024

| Account Number | |
| --- | --- |
| Statement Date | 06/01/26-06/30/26 |
| Page | 1 of 2 |
| Beginning Balance | $3,179.91 |
| Deposits/Credits | $0.00 |
| Checks/Debits | $60.00 |
| Ending Balance | $3,119.91 |
| Days in Statement Period | 30 |

PORTLAND MARCHE, LLC
NICKNAME: CLIENTS' TRUST ACCOUNT
OPERATING
8111 DOUGLAS AVE, SUITE 600
DALLAS TX 75225
TRIGILD RECEIVERSHIP

## FAMILY BORN • FAMILY OWNED • FAMILY OPERATED
### SINCE 1964

## COMMERCIAL CKG

## DEPOSITS/OTHER CREDITS

| TRANSACTION DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | ---No Deposits in this statement cycle--- | |

## CHECK RECAP

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | ---No Checks Paid in this statement cycle--- | | | |

## WITHDRAWALS/OTHER DEBITS

| TRANSACTION DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 06/30/26 | Service Charge Positive Pay Service Charge | 60.00- |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 06/01/2026 | 3,179.91 | 06/30/2026 | 3,119.91 | | |

| Account Number | Statement Ending | Page |
|---|---|---|
| ███████ | 06/30/26 | 2 of 2 |

## OVERDRAFT AND RETURN ITEM FEES

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| **TOTAL OVERDRAFT FEES** | 0.00 | 0.00 |
| **TOTAL RETURN ITEM FEES** | 0.00 | 0.00 |

ERROR RESOLUTION NOTICE

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.
   We will determine whether an error occurred within 10 business days (5 business days for Visa® Check Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa® Check Card point-of-sale transactions processed by Visa and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Benchmark Bank
Operations
5700 Legacy Drive, Suite A10
Plano, Texas 75024
Business Days: Monday through Friday
Excluding Federal Holidays
Phone: (972)673-4000
MORE DETAILED INFORMATION IS AVAILABLE ON REQUEST

*Member FDIC*



## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 3, 2026, a true and correct copy of the foregoing **RECEIVER'S REPORT FOR JUNE 2026** was caused to be served via the Court's Electronic Noticing System upon all parties that are currently on the list to receive email notices for this case as follows:

- **Sara C. Cotton**
  scotton@schwabe.com, gvance@schwabe.com, docket@schwabe.com, dgibson@schwabe.com

- **Holly Hayman**
  hhayman@fwwlaw.com

- **Craig G. Russillo**
  crussillo@schwabe.com, gvance@schwabe.com, centraldocket@schwabe.com, MVerdugo@schwabe.com, _SEA-CentralFiling@schwabe.com, clombardi@schwabe.com

- **Nathan D. Sramek**
  nsramek@schwabe.com, jpaddock@schwabe.com, docket@schwabe.com

- **Daniel S. Dooley**
  ddooley@polsinelli.com

  DATED this 3rd day of August, 2026

**FOSTER GARVEY PC**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, OSB No. 954021

Page 1 – CERTIFICATE OF SERVICE - RECEIVER'S REPORT FOR JUNE 2026

**FOSTER GARVEY PC**
121 SW Morrison, 11th Floor
Portland, OR 97204
(503) 228-3939

FG: 110554379.1